NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NATALIE WILLIAMSON,                    )
                                       )
        Appellant,                     )
                                       )
v.                                     )        Case No. 2D17-487
                                       )
FRANKLIN WILLIAMSON,                   )
                                       )
        Appellee.                      )
_____    )

Opinion filed August 24, 2018

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Ralph C. Stoddard, Judge.

Natalie Williamson, pro se.

No appearance for Appellee.


PER CURIAM.

        Dismissed as moot.


LaROSE, C.J., and BLACK and SALARIO, JJ., Concur.